# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

151630(26)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PATRICK NEIL KINNEY,
        Defendant-Appellant.

SC:  151630
COA:  325948
Genesee CC:  95-052345-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's February 2, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

p0516